**ORDERED in the Southern District of Florida on June 26, 2026.**

**Craig A. Pugatch, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TZADIK SIOUX FALLS PORTFOLIO I, LLC | Case No. 25-13865-CAP |
| TMG 2, LLC | Case No. 25-13867-CAP |
| GARDEN VILLAS APARTMENTS, LLC, | Case No. 25-13868-CAP |
| TZADIK HIDDEN HILLS APARTMENTS, LLC | Case No. 25-13884-CAP |
| TZADIK RAPID CITY PORTFOLIO I, LLC | Case No. 25-14656-CAP |
| TZADIK SIOUX FALLS I, LLC | Case No. 25-15329-CAP |
| TZADIK SIOUX FALLS PORTFOLIO III, LLC | Case No. 25-15387-CAP |
| TZADIK TAYLOR'S PLACE, LLC | Case No. 25-17742-CAP |
| | Lead Case No. 25-13865-CAP (Jointly Administered) |
| Debtors. | |

______________________________________/

**ORDER OF RECUSAL**

THIS CAUSE came before the Court *sua sponte*. Having reviewed the file, the Judge has determined it is necessary and appropriate that he recuse himself from the bankruptcy case. Accordingly, it is

**ORDERED** that Judge Pugatch is recused from this case and the Clerk of the Court is directed to reassign this case along with any and all pending related

adversary proceedings.

###

Copies furnished to:
All parties in interest

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*